# BALLON STOLL P.C.

COUNSELLORS AT LAW     FOUNDED 1931     810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

MARSHALL B. BELLOVIN
(212) 575-7900 ext. 3270
mbellovin@ballonstoll.com

4 January 2022

**VIA ECF**

Honorable Roanne L Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    **Farid v. The City of New York, et al.**
                **Civil Action No. 19-cv-03463 (DLI) (RLM)**
                **Our File No. 20888.001**

Dear Judge Mann:

We represent the Plaintiff, Kappa Farid, in the above-referenced action. I am counsel for Plaintiff in this case and am writing with consent of defense counsel to respectfully request a brief, one (1) week extension of time, up to and including January 13, 2022, to submit the Stipulation of Discontinuance currently due on January 6, 2022.

I am making the request for a brief extension of time as parties are actively engaging in finalizing the language of the Settlement Agreement before submitting it to my client for his review and signature.

This is the first request for an extension of time to submit the Stipulation of Discontinuance.

Respectfully submitted,

     *s/Marshall Bellovin*
Marshall B. Bellovin (MB 5508)

cc:     Kami Barker, Esq. (via ECF)