UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KAPPA FARID,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ("NYPD"), DEPUTY INSPECTOR KENNETH NOONAN, individually, and in his capacity as NYPD Deputy Inspector, and NYPD SERGEANT JOHN TUSCANO,

                                      Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

19-CV-3463 (DLI)(RLM)

------------------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as represented by their attorneys below, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and it hereby is, withdrawn, discontinued, and dismissed, with prejudice and without costs, expenses or fees of any kind to any party.

Dated: New York, New York
            January 10, 2022

**BALLON STOLL P.C.**
Attorneys for Plaintiff
810 Seventh Avenue, Ste. 405
New York, New York 10019
(212) 575-7900

By: _____
     Marshall B. Bellovin, Esq.

Dated: Bronx, New York
            January 11, 2022

**GEORGIA M. PESTANA**
Corporation Counsel of the
  City of New York
Attorney for City Defendants
100 Church Street, Room 2-178
New York, New York 10007-2601
(646) 960-1103
kbarker@law.nyc.gov

By: _____
     Kami Z. Barker
     Senior Counsel